**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Dorothy L. Cornwell aka Dorothy Louise Cornwell aka Dorothy Cornwell dba Dottie on the Spot Cleaning** <br> **Debtor** | **BK NO. 16-01149 JJT** <br><br> **Chapter 13** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Toyota Motor Credit Corporation, and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/James C Warmbrodt, Esquire**
                      James C. Warmbrodt, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322 FAX (215) 627-7734
                      Attorney for Movant/Applicant