IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DOROTHY L. CORNWELL, | : | |
| a/k/a DOROTHY LOUISE CORNWELL, | : | CASE NO. 5:16-01149 |
| a/k/a DOROTHY CORNWELL, | : | |
| Debtor | : | |

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C. § 522(q)**
*If a joint petition is filed, each spouse must complete and file a separate certification.*

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

   Pursuant to 11 U.S.C. § 1328(a), I certify that:

   ☒   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

   ☐   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

   My current address is: _____

   My current employer and my employer's address: _____
   _____

*Part III. Certification Regarding 11 U.S.C. § 522(q) (check no more than one)*

   Pursuant to 11 U.S.C. § 1328(h), I certify that:

   ☒   I have not claimed an exemption pursuant to 11 U.S.C. § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. § 522(p)(1), and (2) that exceeds the aggregate value allowed in 11 U.S.C. § 522(q)(1), as amended.

   ☐   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. § 522(p)(1), and (2) that exceeds the aggregate value allowed in 11 U.S.C. § 522(q)(1), as amended.

*Part IV. Debtor's Signature*

   I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

DATED: May 28, 2019                         By:/s/ Dorothy L. Cornwell_____
                                                Dorothy L. Cornwell, Debtor