IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA, WILKES BARRE DIVISION

| | | |
|---|---|---|
| IN RE: DOROTHY L CORNWELL | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | CASE NO: 5:16-01149-RNO |
| | : | |

**NOTICE OF ADDRESS CHANGE**

Toyota Motor Credit Corporation hereby changes its address for its claim number 15, account number ending in 4919 filed in this case. Any other addresses for notices or other claims should not be affected by this change and should remain the same.

Previous Address:

    Toyota Motor Credit Corporation
    PO Box 9013
    Addison, TX 75001

New Address for Notices:

    Toyota Motor Credit Corporation
    c/o Becket & Lee LLP
    PO Box 3002
    Malvern, PA 19355-0702
    610-228-2570
    proofofclaim@becket-lee.com

New Address for Payments:

    Toyota Motor Credit Corporation
    c/o Becket & Lee LLP
    PO Box 3002
    Malvern, PA 19355-0702
    610-228-2570
    payments@becket-lee.com

Respectfully Submitted,

By: /s/ Larry Butler

    Larry Butler, Claims Administrator
    Becket & Lee LLP
    PO Box 3002
    Malvern, PA 19355-0702

DATE: 6/18/2019